IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMEIAN TOTTON,<br><br>    Plaintiff,<br><br>v.<br><br>JULIA CAMMARILLO and JASMINE ROBINSON,<br><br>    Defendants. | Case No. 24-cv-2353-RJD |

**ORDER**

**DALY, Magistrate Judge:**

    Plaintiff filed this lawsuit pro se pursuant to 42 U.S.C. §1983, alleging that Defendants violated his Eighth Amendment rights at Lawrence Correctional Center. Doc. 1. The Court entered an Initial Scheduling Order that gave Plaintiff a deadline of July 8, 2025 to provide Defendants with his Initial Disclosures. Doc. 29. On September 9, 2025, Defendants filed a Motion to Compel, explaining to the Court that they had never received Plaintiff's Initial Disclosures. Doc. 30. Plaintiff did not respond to the Motion to Compel. The Court granted the motion on September 25, 2025 and ordered Plaintiff to send his Initial Disclosures to Defendants by October 8, 2025. Doc. 31. On October 17, 2025, Defendants filed a Motion to Dismiss for lack of prosecution, explaining that they had not received the disclosures. Doc. 34. Defendants requested dismissal with prejudice.

    More than five weeks later (as of the date of this order), Plaintiff has not filed a Response to the Motion to Dismiss. It appears that Plaintiff has lost interest in this case. Federal Rule of

Civil Procedure 41(b) permits the Court to grant a motion to dismiss a case for the plaintiff's failure to prosecute. Dismissal is appropriate here because Plaintiff failed to comply with the Court's two previous Orders. Docs. 29 and 31. Consequently, Defendants' Motion (Doc. 34) is GRANTED and this case is DISMISSED WITH PREJUDICE. All pending deadlines are VACATED. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**   November 24, 2025

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**